**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHEILA JANI,

        Petitioner

        v.

STEVEN F. O'MEARA, ESQUIRE,

        Respondent

:  No. 905 MAL 2016
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.